RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5 / 12 / 11

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| SHAWN E. SEGURA | CIVIL ACTION 10-292 |
| VERSUS | JUDGE HAIK |
| WARDEN LOUISIANA STATE POLICE BARRACKS, RONNIE BORER | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the original and supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by the petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this Petition for habeas corpus be **DENIED** and **DISMISSED** with **PREJUDICE** as time barred by the provisions of 29 USC section 2244(d).

**THUS DONE** and **SIGNED** on this 12ᵗʰ day of May, 2011.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA