
RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/12/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHAWN E. SEGURA | CIVIL ACTION NO. 6:10CV292 |
| VERSUS | JUDGE HAIK |
| WARDEN LA STATE POLICE BARRACKS | MAGISTRATE JUDGE HANNA |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

    X    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

    ___    The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this 12 Day of May, 2011.

Richard T. Haik, Sr.
UNITED STATES DISTRICT JUDGE